IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FCA US LLC, )<br>FIAT CHRYSLER AUTOMOBILES N.V., )<br>V.M. MOTORI S.P.A. )<br>and )<br>V.M. NORTH AMERICA, INC., )<br>)<br>Defendants. )<br>) | Civil Action No.<br>2:17-cv-11633-JCO-EAS |

## **NOTICE**

The United States hereby provides notice to the Court that the above-captioned matter is an action by the United States for injunctive relief and civil penalties involving factual questions in common with those at issue in the multi-district litigation captioned *In re Chrysler-Dodge-Jeep Ecodiesel Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2777, pending before the Honorable Edward M. Chen of the United States District Court for the Northern District of California. The United States intends to file today with the Clerk's Office of the United States Judicial Panel on Multidistrict Litigation a Notice of Potential Tag-Along Action, identifying the complaint in this action as appropriate for inclusion in

the multi-district litigation for coordinated pretrial proceedings.

> Respectfully submitted,
>
> JEFFREY H. WOOD
> Acting Assistant Attorney General
> United States Department of Justice
> Environment & Natural Resources Division
>
> *s/ Leigh P. Rendé*
> LEIGH P. RENDÉ (PA203452)
> Trial Attorney
> JOSEPH W.C. WARREN
> Senior Counsel
> EMILY C. POWERS
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Enforcement Section
> PO Box 7611, Ben Franklin Station
> Washington, DC 20044
> (202) 514-1461 (Rendé)
> leigh.rende@usdoj.gov
> (202) 616-1303 (Warren)
> joseph.warren@usdoj.gov
>
> LOCAL COUNSEL:
>
> DANIEL L. LEMISCH
> Acting United States Attorney
> Eastern District of Michigan
>
> LYNN DODGE
> Assistant United States Attorney
> United States Attorney's Office
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> (313) 226-0205
> lynn.dodge@usdoj.gov

OF COUNSEL:
Kathryn Pirrotta Caballero, Senior Attorney
Caitlin Meisenbach, Attorney Advisor
Office of Enforcement and Compliance Assurance
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017, I electronically filed the foregoing Notice with the Clerk of the Court using the ECF system. I hereby certify that I have sent by United States Postal Service and electronic mail the foregoing Notice to the following attorneys for defendants:

Robert J. Giuffra, Jr., Esq.
William B. Monahan, Esq.
Darrell S. Cafasso, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000
giuffrar@sullcrom.com
monahanw@sullcrom.com
cafassod@sullcrom.com

Granta Y. Nakayama, Esq.
Ilana S. Saltzbart, Esq.
Joseph A. Eisert, Esq.
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
(202) 737-0500
gnakayama@kslaw.com
isaltzbart@kslaw.com
jeisert@kslaw.com

*Attorneys for FCA US LLC, Fiat Chrysler Automobiles N.V., VM Motori S.p.A., and VM North America, Inc.*

> s/ Leigh P. Rendé
> LEIGH P. RENDÉ
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Environmental Enforcement Section
> PO Box 7611, Ben Franklin Station
> Washington, DC 20044
> (202) 514-1461
> leigh.rende@usdoj.gov